IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DI CHAO GUO, A 070 887 589, § | |
| Petitioner, § | |
| § | |
| v. § | CIVIL ACTION NO. 3:10-CV-446-O |
| § | |
| SENIOR WARDEN ARTHUR § | |
| ANDERSON, § | |
| *et al.* § | |
| Respondents. § | |

ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF
THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Doc. # 6. No objections were filed. The Court has made a *de novo* review of these proposed findings, conclusions and recommendation and concludes from this independent review that they should be ACCEPTED and are adopted as the findings of the undersigned.

SO ORDERED this **12th** day of **May, 2010**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

Order - Solo Page